**Motion Denied; Appeal Dismissed and Memorandum Opinion filed June 2, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00376-CV

---

### OLIVIA REYNER, Appellant

### V.

### AKIKO KIMURA, Appellee

---

**On Appeal from County Civil Court at Law No 2
Harris County, Texas
Trial Court Cause No. 1165727**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed April 8, 2021. The clerk's record was filed July 13, 2021. The reporter's record was filed July 26, 2021. On April 5, 2022, this court issued an order stating that unless appellant filed a brief on or before May 5, 2022, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

On May 6, 2022, appellant filed a motion requesting a 90-day extension of time to file appellant's brief. We deny the motion and dismiss the appeal for want of prosecution.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Wise and Jewell.